**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

FILED
2007 DEC 18  P 3: 21
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

12/5/07

Office of the Clerk-USDC-Eastern District of Texas
216 Federal Building,
101 East Pecan Street,
Sherman, TX 75090

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 10 2007

DAVID J. MALAND, CLERK
BY
DEPUTY _____

Case Name:     USA-v- Alten Faletoi, Jr.
Case Number:   5-07-70722-PVT (Your Case# 07CR185)
Charges:       Conspiracy to Distribute Methamphetamine, Cocaine

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull. The following action has been taken:

- (X)  The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
- ( )  The defendant has a court appearance in your court on:

Enclosed are the following documents:
> original Rule 5 affidavit
> original minute orders
> certified copy of *AO 94, Commitment to Another District*
> Certified docket sheets
> Republic of India Passport

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *Cita F. Escalano*
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

__4:07CR185__.

Date: __12/10/07__

CLERK, U.S. DISTRICT COURT
By __P. Davidson__
Deputy Clerk